```
JAMES HUNT MILLER (CA BAR # 135160)
P.O. Box 10891
OAKLAND CA 94610
P:(510) 451-2132
F:(510) 451-0824
e:jimillaw@rcn.com
```

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 5/19/06*

| | |
|---|---|
| BOBBY G. JONES, ) | |
| Plaintiff, ) | No. C 05-5238 RMW |
| vs. ) | |
| JOANNE B. BARNHART, ) | STIPULATION AND ORDER FOR EXTENSION OF TIME IN WHICH TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND/OR REMAND |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, subject to approval of the Court, that Plaintiff may have an extension of 30 days, or from May 12, 2006 (including time for service) to June 11, 2006, in which to file his Motion for Summary Judgment and/or Remand.  This is Plaintiff's first request for an extension for this filing.

DATE: 05/10/06                      /s/_____
                                    James Hunt Miller
                                    Attorney for Plaintiff

1  DATE: 5/11/06                          Kevin V. Ryan
                                          United States Attorney
2

3                                         By:/s/[1]_____
                                          Sara Winslow
4                                         Assistant United States Attorney

5

6  PURSUANT TO STIPULATION, IT IS SO ORDERED.

7

8  DATE: ___5/19/06_____      __/S/ RONALD M. WHYTE_____
                                     United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27     _____

28     [1]     This is as communicated by facsimile to the filer. The original
       (with hand signature) of this is held by the signer.

stip/order xtn – jones v. ssa  C 05-5238 RMW                              2