1

2                                                                    *E-filed*:  08/29/08

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                            SAN JOSE DIVISION

10

11   BOBBY G. JONES,                          No. C-05-05238 RMW

12            Plaintiff,                       JUDGMENT

13        v.

14   MICHAEL J. ASTRUE[1],
     Commissioner, Social Security Administration,

15
              Defendant.
16

17        The parties' arguments having been considered and a decision having been rendered, IT IS

18   HEREBY ORDERED that judgment be entered for Defendant and against Plaintiff and that the

19   Clerk of the Court close the file.

20

21   DATE: August 29, 2008

                                              *Ronald M. Whyte*
                                              _____
                                              RONALD M. WHYTE
22                                            United States District Judge

23

24

25

26

27

28        [1]  Michael J. Astrue became Commissioner of the Social Security Administration on February
     1, 2007. Pursuant to Ruled 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue is hereby
     substituted for Jo Anne B. Barnhart as the Defendant in this matter.

     JUDGMENT-05-05238  RMW
     JSS

1  **Notice of this document has been sent to:**

2  **Counsel for Defendant:**

3  Sara Winslow                sara.winslow@usdoj.gov

4  **Counsel for Plaintiff:**

5  James Hunt Miller           jimillaw@rcn.com

6

7

8

9

10

11

12  Date:  __08/29/08__                          ___/s/JSS_____
                                                 Chambers of Judge Whyte

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JUDGMENT-05-05238  RMW
JSS                                    2